# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2011CR5500

THE STATE OF TEXAS

VS

EBERTO A MENDEZ

IN THE 175TH DISTRICT COURT
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 9:00:04 AM
BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 12-12-2014_____

3. The Honorable MARY ROMAN_____ presided at the hearing .

4. The above named defendant was convicted_____ of the offense(s) of ASSAULT-FAMILY-CHOKING/STRANGU

as a (XXXXXXX)(XXXXXXX).

5. State's appeal attorney: SUSAN D. REED_____ 300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413    SBN: 16687400_____

6. Hearing____ Attorney(s): JOHN J GARCIA_____

(Retained)(Appointed)(Appeals attorney: EARL FRANCIS LEVIS_____
Address & Phone No: 1235 E SUNSHINE DR SAN ANTONIO, TX, 78228-2945 (210)434-5600    SBN: 12258500

Defendant Pro-Se__ Yes X No
7. The trial held was:__ Trial before the Court       __Jury trial on guilt only
   __Jury trial on punishment only      __Jury trial guilt and punishment
   __Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   __Pretrial motion heard prior to plea    __Open/non negotiated plea of guilty/nolo contender
   __Motion to enter adjudication of guilt  X Motion to revoke community supervision
   __Other_____

8. The sentence was (imposed ) on:11-05-2014 for a period of:yrs:005 mths:00
   and a fine of $        0.00

9. Defendant is presently in:__ BCADC X TDCJID. Defendant is on ** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: CHARLES RICHARDSON, (11/5/14),
300 DOLOROSA, SAN ANTONIO, TX 78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's
& cause number)_____

WITNESS MY HAND THIS THE 29th DAY OF December_____, 2014

COURT REPORTER(S): _Charles Richardson_____ Date: 12/29/14_____
                                                                    Date:_____
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

SAUCEDA DENISE L                    ,DEPUTY

(jsdca)



No. ㄲ11 ЄⱤ 5500

| The State of Texas | § | In the 175 District Court |
| vs. | § | of |
| ЄⱤⱭⱭⱮⱯⱮⱭ | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☒    is one in which the defendant has waived the right of appeal.

_____
JUDGE

__11/5/14__
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

X _____
DEFENDANT

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
ATTORNEY FOR DEFENDANT

Bar number:_____505 11937____
Mailing address:__P 3x2185___
____CoA. T⅃ 28208-285__
Telephone:_(210) 847-6185_
Fax:_(210) 944-6640_

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).



No. 2011CR5500

STATE OF TEXAS

v.

EBERTO MENDEZ

IN THE DISTRICT COURT

175th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **RICHARD B. DULANY, JR.**, Interim Chief Public Defender (SBN 06196400), to represent Eberto Mendez, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED December 29, 2014.

_____
JUDGE PRESIDING

**REMINDER:** Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.

Updated 9/23/2014

Cause NO. 2009CR2760
2011CR5500

THE STATE OF TEXAS

VS.

Mendez, Ebirto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DEC 1 2 2014
O'CLOCK
District Clerk, Bexar County, Texas
DONNA KAY M'KINNEY
BY
DEPUTY

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Ebirto , Defendant in the above styled and numbered cause and upon the duly verified Pauper's Oath annexed hereto and made a part hereof, and requests the Court appoint counsel on appeal for Defendant and in support of said motion would show the Court the following:

I.

That on the 5 day of November , 2014, judgment was entered and Defendant was sentenced in this cause.

II.

That on the 1 day of December , 2014, timely notice of appeal was given in this cause to the trial court and to the 4th Court of Appeals.

III.

That Defendant is indigent and wholly destitute of means with which to retain counsel to represent Defendant on appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

_Eberto Mendez_

_____
Attorney for Defendant

Defendant _Eberto Mendez_

## CERTIFICATE OF SERVICE

I, hereby certify that on this the __1__ day of _December 2014_, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Eberto Mendez_

_____
Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED     ( ) DENIED

Signed this _____, day of _____, _____

_____
Judge Presiding

## UNSWORN DECLARATION BY INMATE

I, _Eberto Mendez_, SID _8231/9_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014_.

_Eberto Mendez_

Defendant

Mader, Eduardo #823119
B.C.A.D.C.
200 N. Comal Cq
S.A. Tx. 78207

FILED
_____ O'CLOCK _____ M

DEC 1 2 2014

DONNA KAY McKINNEY
District Clerk, Bexar County, Texas

BY_____
                    DEPUTY

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: _____ District Court

neopost
12/04/2014
US POSTAGE
$00.69

FIRST-CLASS MAIL

ZIP 78205
041L12202048

Cause NO. 2009 CR 2760
2011 CR 5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
_____ O'CLOCK _____ M
DEC 1 2 2014

DONNA KAY McKINNEY

Denise Sauceda
DEPUTY

### NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _____, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

    (✗) yes                          ( ) no

and the trial was a

    ( ) jury trial                   (✗) non-jury trial

2. The trial commenced on the 2 day of November 2014, and ended on the 5 day of november 2014.

3. There was a plea bargain agreement in this cause

    (✗) yes                          ( ) no

4. The plea bargain agreement was followed by the Court

    (✗) yes                          ( ) no

5. Defendant was sentenced on the 5 day of ~~De~~ november 2014, and sentence commenced on the on the _____ day of _____, _____,

6. A motion for New Trial was filed in this cause
    ( ) yes                          (✗) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)   the appeal is for a jurisdictional defect (explanation attached hereto);

___✗___ (B)   the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

___✗___ (C)   permission to appeal

    (✗) has been granted by trial court          ( ) has been denied by trial court

Respectfully submitted,

Eberto Mendez

Defendant

# UNSWORN DECLARATION BY INMATE

I, _Mendez Berto_, SID _823119_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December, 2014_

_Berto Mendez_

Defendant

Mendez, Eberto
823/19
B.C.A.D.C
200 N. Comal
S. A. Tx. 78207

FILED
_____ O'CLOCK _____ M

DEC 1 1 2014

Donna Kay McKinney
District Clerk, Bexar County, Texas

By _____

78205363311 CO11

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: ____ District Court

neopost
12/04/2014
US POSTAGE
$00.48

FIRST-CLASS MAIL

ZIP 78205
041L12202049

Cause NO 2009CC2760
2011 CR5500

STATE of TEXAS                    IN the District court

vs.                              175 Judicial District

Eberto Mendez                    BexAR County TEXAS

FILED
O'CLOCK____M.
DEC 1 2 2014
DONNA KAY M'KINNEY
D_____
BY Denise Zumaeda
DEPUTY

Haned written Confesion
for Reason of apeal

'To the Honorabel Judge of said Court

I Eberto Mendez, the Defendant In above
styled & numbered cause, am filing this conefesion
opon self to INform to the court on why I
belive I should be re-instated to Probation
@ very least or be released opon back
time served.

1st Reason: Lawyer I was desegnated did Not
Have best of intensions for me. I felt as if He
was proseeuting me instead of Defending me

2nd Reason: Lawyer Had otered 60 DAYS of Drug
treatment on previous day ot court then presared
me to sign against My better Judgement for
Plea on Court (5th Day November 2014)
5 year sentance

3rd Reason: Lawyer toled me I would be released
with in one month of signing, due to my back time
that I should sign to Hurry on process

4th Reason: I toled Lawyer I had evidance to
precent to Judge & He started to belittle me
& course me

5th Reason: I had @ least three people IN court that came to give personal testemonies To Judge Opon my character, Including wife which happens to be part of one of the cases against me. Lawyer denied their Audience/Testamony

6th Reason: Your Honor · I Had copies of classes attending, commanity hours done & a few reciept of payment to probation as well as a Medical back ground

In closing your Honor, I feel that the Lawyer (Jhon Garcia) Did Not place the best of his intentions to represent me. I feel like the lawyer had other Motives or intensions towards me. He lied to me & placed falsely Judgement on me. He saw me as another Number Insted of a client or Human. Your Honor I feel I Have ~~of back~~ plenty of back time to get time Served on both cases, but lawyer fell to comply to my request of reserch of better options for me & my Family

Requesting time served

Respectfully & Sincerly,
Eberto Mendez   sid 8231/9
Eberto Mendez
12/1/2019

## UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014._

_Eberto Mendez_
Defendant

Cause NO. 2009 CR 2766
2011 CR 5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DEC 12 2014
O'CLOCK ___ M
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
_____ DEPUTY

### MOTION FOR REINSTATEMENT OF PROBATION

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Eberto _____, Defendant in the above styled and numbered cause and files this Motion for Reinstatement of Probation and in support of said motion would show the Court the following:

#### I.

Statements of attending & being active to All set probationary Items/courses

#### II.

Statements of corrector from Family & Friends as well as church in witch State my participation on said probation

#### III.

The fact in witch there was a miscomunication between I & probation that caused me to be incarserated, Having to due with My Appointments & payements

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court reinstate his original period of community supervision with additional conditions of probation that the Court may deem necessary and just.

Respectfully submitted,

_Ebert Mendz_

_____
Attorney for Defendant

Defendant

CERTIFICATE OF SERVICE

I, hereby certify that on this the 1 day of December 2014, a true and correct copy of the above and foregoing Motion for Reinstatement of Probation was transmitted to the following:

Adult Probation Office
207 N. Comal
San Antonio, Texas 78207

Bexar County District Attorney
Criminal Justice Center
101 W. Nueva
San Antonio, Texas 78205

_Ebert Mendz_

Defendant

ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Reinstatement of Probation and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____, day of _____, _____.

_____
Judge Presiding

## UNSWORN DECLARATION BY INMATE

I, _Mendez, Ebodto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014_

_Ebert Mendez_
Defendant

Cause NO. 2009CR2760
2001CR5500

THE STATE OF TEXAS

VS.

Mendez Perto.

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Eberto , Defendant in the

above styled and numbered cause, on this the 1 day of

December 2014 , and within thirty (30) days of

sentencing having been imposed against Defendant on the 5th day of

November 2014 , in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_____
Attorney for Defendant

_____
Defendant

## UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_, SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014_

_____
Defendant

neopost

12/04/2014

US POSTAGE

FIRST-CLASS MAIL

$00.69⁰

ZIP 78205
041L12202049

Mendez, Gilberto   SID#823/19
B.C.A.D.C
200 N. comal
S.A. TX, 78207

**District Clerk's Office**
**Criminal Section**
**101 W. Nueva, Ste. 217**
San Antonio, Texas 78205
**ATTN:** 175   **District Court**

Law Lybrar/

CAUSE NO. 2009 CR 2760
2011 CR 5500

THE STATE OF TEXAS            IN THE DISTRICT COURT

VS.                          175 JUDICIAL DISTRICT

Mendez, Eberto           BEXAR COUNTY, TEXAS

FILED
_____O'CLOCK_____M

DEC 1 2 2014
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
By Denise Sauceda
DEPUTY

## MOTION TO SUPPRESS URINALYSIS RESULTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mendez, Eberto , Defendant in the above styled and numbered cause and files this his Motion to Suppress Urinalysis Results and in support of said motion would show the Court the following:

I.

On the 3 day of October , 19____, Defendant was forced to submit to a random urinalysis test. The specimen taken from Defendant was then analyzed by the Enzyme Multiplied Immonassay Test (hereinafter referred to as EMIT). The result of the test was positive.

II.

The evidence seized from Defendant was seized without a search warrant or other legal justification in violation of Defendant's right to be free from unlawful search and seizure pursuant to the United States Constitution, Amendment 14; Article 1, Section 9 of the Texas Constitution and the Texas Code of Criminal Procedure, Articles 1.06, 14, 15 and 18.

III.

Neither illegally seized evidence nor the fruit of an illegal search and seizure may be used in a criminal prosecution against the victim of the unlawful intrusion. (See Amendment 14 to the United States Constitution and the Texas Code of Criminal Procedure, Article 38.23. Also see Mapp v. Ohio, 367 U.S. 643.).

IV.

As further grounds for this motion, Defendant alleges that any evidence seized from Defendant and analyzed by the EMIT system should be suppressed because:

    1.      There is no substantial scientific support existing with respect to the reasonable reliability of

the EMIT system.

2. There is no substantial legal support from commentators, jurists, judges, or professors with respect to the reasonable reliability of the EMIT system.

3. There is no Texas statute or common law rule allowing for the admission of such evidence or authorizing the taking of specimens.

4. The probative value of the scientific evidence is greatly outweighed by the degree of deception which presently exists.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court:

1. Hold a hearing prior to the revocation hearing itself to determine the admissibility of evidence seized, and allow time for both sides to prepare written briefs of the law applicable to the issue of suppression;

2. Suppress any and all evidence which shall appear upon hearing of this motion to have been seized or discovered as a result of any unlawful search and unconstitutional arrest and detention of the Defendant; and

3. Order such other and further relief as this Court deems equitable and necessary.

Respectfully submitted,

_____
Defendant

_____
Attorney for Defendant
(to be signed only if Defendant is not Pro Se)

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___1___ day of _December_  _2014_ , a true and correct copy of the above and foregoing Motion to Suppress Urinalysis Results was transmitted to the office of the Bexar County District Attorney, 300 Dolorosa, San Antonio, Texas 78205.

_____
Defendant

# O R D E R

On this the _____ day of _____, 19____, came on to be heard Defendant's Motion to Suppress Urinalysis Results and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this the _____ day of _____, 19____.


_____
JUDGE PRESIDING

## UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2011_

_Eberto Mendez_
Defendant

FILED
___O'CLOCK___ M

DEC 1 2 2014
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY_____
DEPUTY

CAUSE NO. 2009CR2760
2011CR5500

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS | 175 JUDICIAL DISTRICT |
| Mendez Eberto | BEXAR COUNTY, TEXAS |

## PETITION FOR WRIT OF HABEAS CORPUS
## BAIL PENDING APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mendez Eberto _____, Petitioner, who upon his oath states that he is restrained of his liberty by the Court's refusal to admit to bail pending appeal of a judgment and sentence entered herein on the _5_ day of November, 2014, and appealed to the 4th Court of Appeals on the _1_ day of _____, _____.

Applicant would show the Court that such restraint of his liberty is illegal for the following reasons:

1. Article 44.04© of the Texas Code of Criminal Procedure provides, ..."Pending the appeal from any felony conviction the trial Court may permit the defendant to remain at large on existing bail, if not then on bail, admit him to a reasonable bail until his conviction becomes final.

2. Although the decision to admit a defendant to bail pending his appeal from a felony conviction in one which is wholly within the discretion of the trial court, the legislature has provided certain guidelines and mandatory provisions within which that discretion must be exercised.

#1

These are: (a) The defendant may not be released on bail from a felony conviction where the punishment equals or exceeds 10 years confinement", V.A.C.C.P., Article 44.04 the trial court may deny bail and commit defendant to custody if then there exists good cause to believe that the defendant would not appear when his conviction became final or is likely to commit another offense while on bail..."V.A.C.C.P., Article 44.04(c).

3. Petitioner states that there is no good reason to believe that he would not appear upon final conviction that he would commit another crime while on bail pending final conviction in this cause.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that he be brought before this Honorable Court instanter, and that he be released on bail pending appeal, or in the alternative, a hearing be scheduled to hear evidence as to why he should or should not be released on bail pending appeal.

Respectfully Submitted,

_____  _____

**Attorney for Defendant**                **Defendant**
**(to be signed only if Defendant**
**is not Pro Se)**

## CERTIFICATE OF SERVICE

I hereby certify on this the ____ day of _December 2014_, a true and correct copy of the above and foregoing Petition for Writ of Habeas Bail Pending Appeal was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

_____
**Defendant**

# ACKNOWLEDGEMENT

STATE OF TEXAS        * * * * *

COUNTY OF BEXAR * * * * *

On this the ___1___ day of _December 2014_____, personally

appeared _Mendez, Eberto_____, Petitioner in the above and

foregoing Petition for Writ of Habeas Corpus Bail Pending Appeal, who

deposed himself and stated that all the information contained in said

petition is true and correct.

Signed and sworn to before me on this the _____ day of _____, ____.


_____
**NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS**

## UNSWORN DECLARATION BY INMATE

I, _Mndez, Eberto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _DECember 2014_

_Eberto Mendz_

Defendant

neopost
12/04/2014
US POSTAGE

FIRST-CLASS MAIL
$00.69⁰

ZIP 78205
041L1202049

Mender, Eberto 5d #8023/19
B.C.A.D.C.
200N. Comal
S.A. Tx. 78207

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: 175  District Court

FILED
_____ O'CLOCK ____ M

DEC 1 2 2014

DONNA KAY M'KINNEY
District Clerk, Bexar County, Texas

BY _____
                        DEPUTY